**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00367-CV

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellant**

**V.**

**F6TAWS, LLC (TOWERS AT WILLIAMS SQUARE), Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-10485-C**

## ORDER

We **GRANT** court reporter Antionette Reagor's June 23, 2014 request for extension of time to file the record and **ORDER** the reporter's record be filed no later than July 7, 2014.

/s/      ELIZABETH LANG-MIERS
          JUSTICE